# United States Bankruptcy Court
# Eastern District of Louisiana

*In Re:*  *Case Number*

Juan Jose Perez Rodriguez  19-13398
Alicia Velazquez Mas

*Debtor(s)*  *Chapter 7*
  *Section A*

**Order Denying Debtor's Application
For Waiver of the Chapter 7 Filing Fee**

Upon consideration of the debtor's Application for Waiver of the Chapter 7 Filing Fee;

**IT IS ORDERED** that the debtor's Application is **DENIED.**

**IT IS FURTHER ORDERED** that the debtor shall pay the Chapter 7 filing fee according to the following terms:

First Installment Fee due within 2 business days, in the amount of $75.00.

Second Installment Fee due: January 30, 2020, in the amount of $85.00.

Third Installment Fee due: March 2, 2020 in the amount of $85.00.

Final Installment Fee due: April 6, 2020 in the amount of $90.00

**IT IS FURTHER ORDERED** that until the filing fee is paid in full, the debtor(s) shall not pay any money for services in connection with this case, and the debtor(s) shall not relinquish any property as payment for services in connection with this case.

**IT IS FURTHER ORDERED** that failure to timely pay the filing fees in accordance with the dates and amounts stated in this order, will result in dismissal of the case without further notice pursuant to §707(a)(2) of the Bankruptcy Code.

New Orleans, Louisiana, December 23, 2019.

*/s/ M. Grabill*

MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE