| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Juan Jose Perez Rodriguez** | Social Security number or ITIN **xxx–xx–7987** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Alicia Velazquez Mas** | Social Security number or ITIN **xxx–xx–5050** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Louisiana** | | |
| Case number:  **19–13398 Section A Office Code:  2** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Juan Jose Perez Rodriguez                    Alicia Velazquez Mas

3/23/20                    **By the court:**  Meredith S. Grabill
                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Louisiana

In re:  Case No. 19-13398-MSG
Juan Jose Perez Rodriguez  Chapter 7
Alicia Velazquez Mas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 2     Date Rcvd: Mar 23, 2020
                               Form ID: 318     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
```
db/db         +Juan Jose Perez Rodriguez,    Alicia Velazquez Mas,    510 Carmadelle Street,
               Marrero, LA 70072-1316
smg           +Collector of Revenue,    City of New Orleans,    Department of Finance,
               1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg            Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
               Baton Rouge, LA  70896-6658
smg            U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,   Suite 1600,
               New Orleans, LA  70130-7212
3785628       +1st Franklin Financial,    3409 Williams Blvd.,    Suite 7,    Kenner, LA 70065-3879
3785630        Angel Berrios,    901 Gretna Boulevard,    Apartment B1-11,    Gretna, LA 70053-6946
3785631       +Belle Chasse Emergency Group,    2700 Napoleon Avenue,    New Orleans, LA 70115-6914
3785636      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance,     25505 West 12 Mile Road,
               Southfield, MI 48034-1846)
3785635       +Commonwealth Finance,    245 Main Street,    Scranton, PA 18519-1641
3785638       +Doctor's Same Day Surgery Center,    4633 Wichers Drive,    Suite 200,    Marrero, LA 70072-3064
3785639       +Hannan, Giusti, & Hannan, LLP,    Attorneys at Law,    2201 Ridgelake Drive,
               Metairie, LA 70001-2097
3785640        LCMC Health Corporation,    210 State Street,    New Orleans, LA 70118
3785642       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
3785645        PayPal Debit Card Department,    PO Box 45950,    Omaha, NE 68145-0950
3785648       +Tower Loan,    1818 Manhattan Blvd.,    Suite 5,    Harvey, LA 70058-7309
3785650       +Whitney Bank,    PO Box 211269,    Montgomery, AL 36121-1269
3785651       +William Perez,    510 Carmadelle Street,    Marrero, LA 70072-1316
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: LADOR Mar 23 2020 23:58:00      Louisiana Department of Revenue,
               Collection Division/Bankruptcy Section,    P. O. Box 66658,    Baton Rouge, LA  70896-6658
smg           +E-mail/Text: bankruptcy_bpc@lwc.la.gov Mar 23 2020 20:10:54      Louisiana Workforce Commission,
               UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
               Baton Rouge, LA 70802-3338
3785629        EDI: GMACFS.COM Mar 23 2020 23:58:00      Ally Financial,    PO Box 380902,
               Minneapolis, MN 55438-0902
3785633        EDI: CAPITALONE.COM Mar 23 2020 23:58:00      Capital One,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
3785632        EDI: CAPITALONE.COM Mar 23 2020 23:58:00      Capital One,    PO Box 60599,
               City of Industry, CA 91716-0599
3785634        EDI: CAPITALONE.COM Mar 23 2020 23:58:00      Capital One/Walmart,    PO Box 30281,
               Salt Lake City, UT 84130-0281
3785637       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 23 2020 20:17:51      Credit One Bank,
               P.O. Box 98873,    Las Vegas, NV 89193-8873
3785649        E-mail/Text: LossMitREBankruptcy@HancockWhitney.com Mar 23 2020 20:10:03      Whitney Bank,
               PO Box 4019,    Gulfport, MS 39502-4019
3785641        E-mail/Text: litigationintake@metlife.com Mar 23 2020 20:11:10
               Metropolitan Life Insurance Company,    PO Box 14590,    Lexington, KY 40512-4590
3785643       +EDI: AGFINANCE.COM Mar 23 2020 23:58:00      One Main Financial,    5100 Lapalco Blvd.,   Suite 3,
               Marrero, LA 70072-4289
3785646        E-mail/Text: info@phoenixfinancialsvcs.com Mar 23 2020 20:10:15      Phoenix Financial Services,
               8902 Otis Avenue,    Suite 103A,    Indianapolis, IN 46216-1009
3785797       +EDI: PRA.COM Mar 23 2020 23:58:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
3785644       +E-mail/Text: recovery@paypal.com Mar 23 2020 20:09:59      PayPal Credit,
               2211 North First Street,    San Jose, CA 95131-2021
3785647        E-mail/Text: bankruptcy@republicfinance.com Mar 23 2020 20:11:11      Republic Finance,
               5041 Lapalco Blvd.,    Marrero, LA 70072
                                                                                               TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 053L-2          User: admin              Page 2 of 2           Date Rcvd: Mar 23, 2020
                              Form ID: 318             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
          Michele C. Stross    on behalf of Debtor Alicia Velazquez Mas mstross@slls.org
          Michele C. Stross    on behalf of Debtor Juan Jose Perez Rodriguez mstross@slls.org
          Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
          Wilbur J. (Bill) Babin, Jr.    trusteebabin@wjbabin.com,  la35@ecfcbis.com
                                                                                       TOTAL: 4
```